# EXHIBIT 1

A physical copy of Exhibit 1 was hand-delivered to the Clerk of Court and served on all interested parties.