# LaGrange High School

516 North Greenwood Street
LaGrange, GA 30240

Phone (706) 883-1590
Fax (706) 812-7976

Alton White, Principal
James Bozeman, Assistant Principal
Jeff Little, Assistant Principal
Julia Stodghill, Registrar/Assistant Principal
Kay Thompson, Assistant Principal/CTAE

September 3, 2019

NOTE: HEARING DATE AND TIME RESCHEDULED PER AGREEMENT OF BOTH ATTORNEYS. A HEARING BY A HEARING TRIBUNAL APPOINTED BY THE TROUP COUNTY BOARD OF EDUCATION WILL BE HELD ON WEDNESDAY, SEPTEMBER 4, 2019 AT 10:00 AM, IN MEETING ROOM 1 OF THE ADMINISTRATIVE SERVICES CENTER, 100 NORTH DAVIS ROAD, BLDG. C, LAGRANGE, GEORGIA.

Case # 003-46636-2

E█████ F█
LaGrange High School "R"
Sara Ford - Parent/Guardian
█████████
LaGrange, GA 30240
Phone: █████
Date of Birth: █████

Dear E█████ F█ and Sara Ford,

You are hereby notified as Principal of LaGrange High School, I hereby charge E███ F██, a 17 year old 11th grade student of LaGrange High School, with violation of the policy of The Troup County Board of Education as follows:

CHARGE 1

**7.10 Participation in Gang Activity (Mandatory Hearing Offense)** - No student shall actively participate in any street gang with knowledge that its members engage in or have engaged in a pattern of gang activity and who willfully promotes, furthers, or assists in any criminal conduct or violation of school rules, or represents himself or herself as being a gang member.

CHARGE 2

**12.08 Outside Conduct** - A student who commits any act or exhibits conduct outside of school hours or away from school which may adversely affect the educational process or endanger the health, property, safety, morals, or well-being of other students, teachers, or employees within the school system may be disciplined hereunder.

PLAINTIFF'S EXHIBIT 2



# THE BASIS OF THE CHARGE/CHARGES ARE AS FOLLOWS:

**CHARGE 1:**

The basis of the charge is that E███ F███, a 17 year old 11th grade student at LaGrange High School, did allegedly commit the offense of **Participation in Gang Activity** in a video published to YouTube on or about Saturday, July 13, 2019. In this video, E███ F███ is seen doing handshakes and signs that appear to be gang related. During the week of July 15th, LHS administration contacted a member of the Special Investigations Unit of the LaGrange Police Department who identified them as gang handshakes and signs. On Wednesday, August 14, 2019, and Friday, August 16, 2019, LHS administrators met with a representative of the Special Investigation Unit of the LaGrange Police Department (LPD) who again identified the specific signs as gang related.

**CHARGE 2:**

The basis of the charge is that E███ F███ a 17 year old 11th grade student at LaGrange High School, did allegedly commit the offense of **Outside Conduct** in a video published to YouTube on or about Saturday, July 13, 2019. The video depicted E███ using several signs and handshakes that were identified by a representative of the Special Investigation Unit of the LaGrange Police Department as gang related, and also in possession of a handgun that was identified by a member of the Special Investigation Unit of the LaGrange Police Department as being a real handgun. LHS administrators met with a representative of the Special Investigation Unit of the LaGrange Police Department on Wednesday, August 14, 2019, and Friday, August 16, 2019, who identified the item as a real handgun based on physical characteristics.

The names of the witnesses and a summary of evidence expected to be used in support of the charges are as follows:

Mr. Alton White, Principal of LaGrange High School, will bring charges and present video evidence obtained from YouTube at this web address: https://www.youtube.com/watch?v=F7fcS6KLU60.

Mr. James Bozeman, Assistant Principal of LaGrange High School, will testify as follows:

While looking through Facebook on the weekend of July 12-14, I came across a video that had been posted. I noticed that the video contained current and possibly former students that attended Lagrange High School. When I arrived to school on Monday I mentioned the video to Mr. White, LHS Principal. At that time I sent him a youtube link for the video.



**Officer Lane Hamer, LaGrange Police Department, will testify as follows:**

On 07/15/2019 I received a video text message from LHS Principal (Alton White) that shows a rap video with at least two of LHS students, flashing what appear to be gang signs. I then forwarded this video to SIU gang task force Investigator Jarrod Anderson for their input.

**Detective Jarrod Anderson, Special Investigation Unit of the LaGrange Police Department, will testify as follows:**

I viewed several YouTube videos that depicted E███ F███ in possession of hand guns. I was able to identify the weapons as real based on several physical characteristics. He is also engaged in use of gang signs that include handshakes representing his membership in a gang.

**A HEARING BY A DISCIPLINARY HEARING TRIBUNAL WILL BE HELD ON WEDNESDAY, SEPTEMBER 4, 2019 AT 10:00 AM, IN MEETING ROOM 1 OF THE ADMINISTRATIVE SERVICES CENTER, 100 NORTH DAVIS ROAD, BLDG. C, LAGRANGE, GEORGIA.**

The maximum penalty, which may be administered for the conduct alleged to have occurred, is Permanent expulsion from the Troup County School System.

**You are further notified that before long-term suspension or expulsion can be imposed by the Hearing Tribunal, E███████ F███ is entitled to and has the right to have a hearing before The Hearing Tribunal as scheduled above. This hearing may be waived if the student and Sara Ford agree to waive such hearing by furnishing a signed statement to that effect to me.**

For your information, a copy of the Troup County Board of Education Policy JCDA-R, JDD and JCDA governing the student hearing procedure is enclosed herewith.

This notice is given to you so that you may be present at the hearing and submit your evidence relating to the charges.

**In addition, you are entitled to be represented by counsel of your choosing at this hearing, and to examine and cross-examine the witnesses testifying. If you choose to have an attorney present at the hearing, please notify the Director of Student Services at 706-812-7900, no less than 24 hours prior to the hearing. Failure to notify may result in a postponement of this disciplinary hearing. You are further notified that upon request made to me, you are entitled to have subpoenas issued to compel the attendance of witnesses and to compel the production of documentary evidence on your behalf.**


September 3, 2019
Page 4 of 4

Due to our limited space, it is requested the parents of the student who is to be seen by the tribunal, accompany him/her only. The facilities cannot adequately meet the needs for young children, infants or additional people not **DIRECTLY** requested to be present. This is to ensure the safety needs of our students and their families. We appreciate your compliance with our request.

Sincerely,

Alton White, Principal
LaGrange High School
cc: Jacqueline Jones, Tribunal Chairman
Enclosure