| | |
|---|---|
| 1 | **TRANSCRIPT OF "CONSEQUENCES 2"** |
| 2 | E.F.: See, we done seen a lot of niggas fold. But once you cross the |
| 3 | line with me and fold you cannot come back from that and if you play with me you |
| 4 | will catch one to the dome it cant go wrong rip gp bitch otg shit. |
| 5 | I gotta know what im doing cause these niggas tryna murder me my cousin died |
| 6 | behind this shit now that nigga six deep say we go spray the block spray the block |
| 7 | these guns on repeat a nigga paranoid I pick my gun up before I brush my teeth. |
| 8 | Spazz: We gone spray the block spray the block till we hear the cops |
| 9 | and we gone spin the block until a body drop we aint getting rest till we find and |
| 10 | kill the opps bitch it war forever and this shit a never stop. |
| 11 | E.F.: They got me thinking about a hommy but this a consequences |
| 12 | and you get hit in tummy police chasing jumping fences I stayed down for this shit |
| 13 | so I dare you try to rob I was out here hitting licks while yo ass had a job. |
| 14 | Spazz: They don't want war with us we scrapped up like the navy |
| 15 | nigga and im to slimey for a nigga for to play me nigga I keep that fi' swear I want |
| 16 | let you take me nigga I from the gutta but that that shit that made me nigga. |
| 17 | E.F.: And I been had this mindset since I was a baby nigga we toting big |
| 18 | glocks we done with 380s nigga. |



PLAINTIFF'S EXHIBIT A

19    Spazz:      Get to shooting in broad day better hide your old lady nigga um
20    clutching on that fi' my feeling super shady nigga.

21    E.F.:   And ima real proper ganster I don't even like to sag the only reason
22    my pants sag this glock on my ass a young bad ass niggas selling drugs and skip
23    class another body dropping that's another toe tag.

24    Spazz:      And I give zero fucks rob that pussy without a mask catching
25    cases back to back mama say I'm livng fast please don't make a diss or them
26    killers on your ass I was wilding hitting that's why they call a nigga spazz.

27    E.F.:   My first lick I was I 10 that's why they call me bad azz I was
28    thugging in the streets ian never seen my dad if you play with otg nigga that's
29    money on yo head boy I got my goons in the back and you know that they gone
30    kill some and where I'm from they look at every kid as a murder one he popping
31    pills and shooting guns he don't care he shoot at everyone.

32    E.F.:   He don't give a fuck about no one when he shoot he gone score
33    some always been hardbody can't name a nigga that a hoe some I been toting guns
34    slanging iron im on that thug shit love one hell of a drug I don't want it we aint
35    sparing shit raise the rate aint sparing opponents you gone die you think bout
36    taking some that's on my home hext locked up for a murder boy I hate to see you

37    gone im spending behind the gang im talking right or wrong soul dark as fuck

38    swear my heart made out of stone told gunna stay down yo ass finna come home

39        E.F.:        See I done did a lot of right done did a lot of wrong don't think

40    I'm going to heaven just pray and hold on and they done took a lot of soldiers I'm

41    tired of seeing stones got niggas and the jail they pray I picked up the phone and

42    we was wilding a young ass kid he love violence.

43        Spazz:      Caught a case and you know I kept it solid jumped in the water

44    and I felt just like a pirate they don't wont beef I swear these niggas on they diet.

45        E.F.:        And we be wilding , see one thing about me ain go do is let a

46    nigga play with me and I got goons and the back who go spray for me. Nigga know

47    what the fuck it is, three gunna three hit real slime shit.